

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **JEANNETTE J. CLACK**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>655 East Cesar E. Chavez Blvd., Rm G-65<br>San Antonio, Texas 78206 | **PHILIP J. DEVLIN**<br>**CHIEF DEPUTY** |

February 6, 2017

Clerk
BEXAR COUNTY DISTRICT COURT
101 W. Nueva, Suite 217
San Antonio, TX 78205-3411

    I, Jeannette J. Clack, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the Bexar County District Court pursuant to an Order entered remanding, by the Honorable Chief Judge Orlando L. Garcia. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-16-CV-1131-OLG; Francisco Magallanez v. All State Fire and Casualty Insurance Company.

    IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 6th day of February, 2017.

                                      Jeannette J. Clack, CLERK

                                      BY: _____
                                              Robert F. Flaig, Deputy Clerk